400

**NATIONAL LABOR RELATIONS BOARD v. LAWYERS LEAD & ZINC COMPANY.**

**No. 2609.**

Circuit Court of Appeals, Tenth Circuit.

Sept. 3, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

No appearance for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

A consent decree, enforcing the order of the Board, was entered September 3, 1942, pursuant to stipulation of the parties.

**PACIFIC STATES CAST IRON PIPE COMPANY v. NATIONAL LABOR RELATIONS BOARD.**

**No. 2467.**

Circuit Court of Appeals, Tenth Circuit.

Sept. 2, 1942.

Stephens, Brayton & Lowe, of Salt Lake City, Utah, for petitioner.

Geo. W. Worthen, of Provo, Utah, for intervener.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition to review and petition in intervention and request for enforcement dismissed, pursuant to stipulation of the parties; petition to review dismissed with prejudice; request for enforcement dismissed without prejudice.

**James O. SELMAN and Lena B. Selman v. UNITED STATES of America.**

**No. 2535.**

Circuit Court of Appeals, Tenth Circuit.

Sept. 2, 1942.

John Barry, of Oklahoma City, Okl. and Reuben K. Sparks, of Woodward, Okl., for appellants.

Norman M. Littell, Asst. Atty. Gen., of Washington, D. C., and Curtis P. Harris, Sp. Atty., Department of Justice, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

**UNITED STATES of America v. Joe L. DENNER et al.**

**No. 2607.**

Circuit Court of Appeals, Tenth Circuit.

Sept. 2, 1942.

George H. McElroy, Asst. U. S. Atty., of Oklahoma City, Okl., for appellant.

Mauntel & Spellman, of Alva, Okl. for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant and pursuant to stipulation of the parties.